UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.                                      Case Number: 2:09-cr-00251

MICHAEL M. OCHENGE
      also known as "Mikie"
ROBERT M. OTISO
      also known as "Robe"
PARAMENA J. SHIKANDA
      also known as "Joseph Shikanda"
ALBERT E. GUNGA, and
COLLINS A. MASESE
      also known as "Collins A. Keanche"


O R D E R

The United States Marshals Service has informed the court that the defendants have now arrived in the Southern District of West Virginia. Accordingly, it is hereby **ORDERED** that arraignments and detention hearings shall take place before the undersigned Magistrate Judge on December 21, 2009 at 2:00 p.m. in Charleston.

The clerk is directed to provide copies of this Order to the defendants, all counsel of record, the Probation Department, and the United States Marshals Service.

ENTER: December 11, 2009.

Mary E. Stanley
United States Magistrate Judge