AO 442 (Rev. 01/09) Arrest Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
SOUTHERN District of WEST VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL M. OCHENGE a/k/a Mikie | ) | Case No.   2:09-00251 |
| Defendant | ) | |

RECEIVED 2009 NOV 12 A 11: 4
U.S. MARSHAL CHARLESTON, WV

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL M. OCHENGE,
who is accused of an offense or violation based on the following document filed with the court:

x Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit mail fraud and wire fraud; mail fraud and wire fraud; money laundering; aiding and abetting

FILED DEC 1 5 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Date:   Nov 10, 2009

*Issuing officer's signature*

City and state:   CHARLESTON, WV

TERESA L. DEPPNER, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 11/17/09
at *(city and state)*   Minneapolis MN.

Date:   12/14/09

*Arresting officer's signature*

For: SA Kal Bedford
*Printed name and title*