```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

                            AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 2:09-00251

**MICHAEL M. OCHENGE**
    **also known as "Mikie"**
**ROBERT M. OTISO**
    **also known as "Robe'"**
**PARAMENA J. SHIKANDA**
    **also known as "Joseph Shikanda"**
**ALBERT E. GUNGA, and**
**COLLINS A. MASESE**
    **also known as "Collins A. Keanche"**

**SECOND SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA
TO DEFENDANTS' STANDARD DISCOVERY REQUESTS, AND
<u>REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY</u>**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Rule 16.1(a) of the Local Rules of Criminal Procedure, and the Arraignment Order and Standard Discovery Request entered by the Court in this case on December 21, 2009, the United States of America, by counsel, herewith supplements its previous response to defendants' Standard Discovery Requests as follows:

**Request E:** Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]

**Response:**

The United States is providing herewith under RESTRICTED ACCESS Minnesota Search Warrant court documents contained on Discovery Disc 1 of 1 which documents are identified on an index also contained on Discovery Disc 1 of 1.

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

### REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 10 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

    Respectfully submitted,

    CHARLES T. MILLER
    United States Attorney

By:

    /s/SUSAN M. ROBINSON
    SUSAN M. ROBINSON
    Assistant U.S. Attorney
    WV Bar No. 5169
    Assistant U.S. Attorney
    P.O. Box 1713
    Charleston, WV 25326
    Telephone: (304) 345-2200
    Fax: (304) 347-5706
    E-mail: susan.robinson3@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that service of the foregoing "SECOND SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANTS' STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing and via U.S. mail on this 29th day of January 2010, to:

>Troy N. Giatras, Esquire
>Suite 400
>118 Capitol Street
>Charleston, WV  25301
>(Represents Michael M. Ochenge)
>
>John H. Tinney, Jr.
>222 Capitol Street
>P.O. Box 3752
>Charleston, WV  25337-3752
>(Represents Robert M. Otiso)
>
>Gary A. Collias, Esquire
>P.O. Box 70007
>Charleston, WV  25301-0007
>(Represents Paramena J. Shikanda)
>
>Louie Thompson Price, Esquire
>209 West Washington Street
>Charleston, WV  25302
>(Represents Albert E. Gunga)

<mark />

```
Dennis H. Curry, Esquire
P.O. Box 9
Spencer, WV  25276
(Represents Collins A. Masese)
```

```
                            /s/SUSAN M. ROBINSON
                            SUSAN M.  ROBINSON
                            Assistant U.S. Attorney
                            WV Bar No.  5169
                            Assistant U.S. Attorney
                            P.O. Box 1713
                            Charleston, WV  25326
                            Telephone:  (304) 345-2200
                            Fax:  (304) 347-5706
                            E-mail:  susan.robinson3@usdoj.gov
```