```
        IN THE UNITED STATES DISTRICT COURT FOR THE
            SOUTHERN DISTRICT OF WEST VIRGINIA
                        CHARLESTON
```

UNITED STATES OF AMERICA

v.                           CRIMINAL NO. <u>2:09-00251</u>

MICHAEL M. OCHENGE

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Susan M. Robinson, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

By:
/s/SUSAN M. ROBINSON
SUSAN M. ROBINSON
Assistant U.S. Attorney
WV Bar No.  5169
Assistant U.S. Attorney
P.O. Box 1713
Charleston, WV  25326
Telephone:  (304) 345-2200
Fax:  (304) 347-5706
E-mail:  susan.robinson3@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 23rd day of May 2010, to:

        Troy N. Giatras, Esquire
        Suite 400
        118 Capitol Street
        Charleston, WV  25301

                      /s/SUSAN M. ROBINSON
                      SUSAN M. ROBINSON
                      Assistant U.S. Attorney
                      WV Bar No.  5169
                      Assistant U.S. Attorney
                      P.O. Box 1713
                      Charleston, WV  25326
                      Telephone:  (304) 345-2200
                      Fax:  (304) 347-5706
                      E-mail:  susan.robinson3@usdoj.gov