AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MICHAEL M. OCHENGE | )   Case No.  2:09-CR-00251-01 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: PARAMENA J. SHIKANDA
c/o South Central Regional Jail
1001 Centre Way
Charleston, WV 25309-9427

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Judge John T. Copenhaver, Jr.<br>United States District Court<br>300 Virginia St. East, Charleston, WV | Courtroom No.: | ROOM 6009 |
|---|---|---|---|
| | | Date and Time: | 08/26/2010 1:30 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  AUG 25 2010

CLERK OF COURT

*Eugenia Berger*
Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   MICHAEL M. OCHENGE                , who requests this subpoena, are:

Troy N. Giatras, Esquire
The Giatras Law Firm, PLLC
118 Capitol Street, Suite 400
Charleston, WV 25301
Telephone No:  (304) 343-2900
E-mail:  troy@thewvlawfirm.com

org+2